IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS, et al.,<br><br>   Plaintiffs,<br><br><br><br>vs.<br><br><br><br>GATEWAY, INC., f/k/a GATEWAY 2000, INC., a Delaware corporation,<br><br>   Defendant. | MEMORANDUM AND ORDER DENYING SUMMARY JUDGMENT MOTIONS<br><br><br><br><br><br>Case No. 2:02-CV-106 TS |

This matter is before the court on six Motions for Partial Summary Judgment filed filed by Gateway. The Court finds that there are material issues of fact precluding summary judgment. It is therefore

ORDERED that Gateway's Motions for Partial Summary Judgment (Docket Nos. 446, 448, 449, 451, 453, and 455) are DENIED.

DATED this 22nd day of March, 2006.

BY THE COURT:

_____

TED STEWART
United States District Judge