IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS, et al., <br><br> Plaintiffs, <br><br><br> vs. <br><br><br> GATEWAY, INC., f/k/a GATEWAY 2000, INC., a Delaware corporation, <br><br> Defendant. | MEMORANDUM DECISION AND ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION IN LIMINE REGARDING OWNERSHIP OF THE PATENTS BY IBM AND ERRORNOT <br><br><br><br> Case No. 2:02-CV-106 TS |

This matter is before the court on Adams' Motion in Limine Regarding Ownership of the Patents by IBM and ErrorNot.  Having considered the record in this case, it is therefore

ORDERED that Adams' Motion in Limine Regarding Ownership of the Patents by IBM and ErrorNot (Docket No. 520) is GRANTED IN PART and the evidence will be excluded if offered for the purpose of establishing ownership.  It is further

1

ORDERED that Adams' Motion in Limine Regarding Ownership of the Patents by IBM and ErrorNot (Docket No. 520) is DENIED IN PART and the evidence may be offered on the issue of prior art.

DATED this 30th day of March, 2006.

BY THE COURT:

_____
TED STEWART
United States District Judge