IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS, et al., <br><br> Plaintiffs, <br><br><br> vs. <br><br><br> GATEWAY, INC., f/k/a GATEWAY 2000, INC., a Delaware corporation, <br><br> Defendant. | MEMORANDUM DECISION AND ORDER DENYING GATEWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT ON TRADE SECRET MISAPPROPRIATION CLAIM. <br><br><br><br><br> Case No. 2:02-CV-106 TS |

      This matter is before the Court on Gateway's Motion in Limine to Exclude Evidence and Argument on Trade Secret Misappropriation. The Court, having considered the entire record, notes that Plaintiffs have the burden at trial to prove that the identified items were trade secrets. The Court finds that the items have been disclosed to Gateway and that Gateway has had an opportunity to obtain additional information. It is therefore

1

ORDERED Gateway's Motion in Limine to Exclude Evidence and Argument on Trade Secret Misappropriation (Docket No. 525) is DENIED.

DATED this 30th day of March, 2006.

BY THE COURT:

_____
TED STEWART
United States District Judge