IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS, et al.,<br><br>　　Plaintiffs,<br><br><br><br>vs.<br><br><br><br>GATEWAY, INC., f/k/a GATEWAY 2000, INC., a Delaware corporation,<br><br>　　Defendant. | MEMORANDUM DECISION AND ORDER DENYING GATEWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT UNDER THE DOCTRINE OF EQUIVALENTS<br><br><br><br>Case No. 2:02-CV-106 TS |

　　This matter is before the court on Gateway's Motion in Limine to Exclude Evidence and Argument Under the Doctrine of Equivalents. The Court having considered the entire record, the Court finds that Plaintiffs' intent to rely on the doctrine of equivalents was known to Gateway during discovery. It is therefore

　　ORDERED that Gateway's Motion in Limine to Exclude Evidence and Argument Under the Doctrine of Equivalents (Docket No. 527) is DENIED.

　　DATED this 30th day of March, 2006.

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　_____
　　　　　　　　　　　　TED STEWART
　　　　　　　　　　　　United States District Judge