IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>GATEWAY, INC., f/k/a GATEWAY 2000, INC., a Delaware corporation,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING GATEWAY'S MOTION IN LIMINE TO EXCLUDE THE DMR CONSULTING GROUP'S PATENT EVALUATION<br><br><br>Case No. 2:02-CV-106 TS |

This matter is before the Court on Gateway's Motion in Limine to Exclude the DMR Consulting Group's Patent Evaluation as hearsay.

Having reviewed the entire record in this case, the Court finds that the DMR Consulting Group's Patent Evaluation (Patent Evaluation) constitutes a "party admission" under Fed.R.Evid. 801(d)(2)(D). The Court further finds that the Patent Evaluation is admissible for the limited purpose of showing Gateway's state of mind and not for the truth of the report. It is therefore

1

ORDERED that Gateway's Motion in Limine to Exclude the DMR Consulting Group's Patent Evaluation (Docket No. 533) is DENIED.

DATED this 30th day of March, 2006.

BY THE COURT:

_____
TED STEWART
United States District Judge