David M. Connors (#3709)
Jennifer A. Brown (#9514)
Chapman and Cutler LLP
One Utah Center
201 South Main Street, Suite 2000
Salt Lake City, Utah 84111
Telephone:    (801) 320-6700
Facsimile:    (801) 359-8256

FILED
U.S. DISTRICT COURT

2006 APR -4  P 4: 04

DISTRICT OF UTAH

BY:_____
   DEPUTY CLERK

Attorneys for Defendant and Counterclaim Plaintiff Gateway, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PHILLIP M. ADAMS, an individual, and PHILLIP M. ADAMS & ASSOCIATES, L.L.C., a Utah Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>GATEWAY, INC., a Delaware corporation,<br><br>Defendant. | **STIPULATED ORDER DISMISSING ALL CLAIMS WITH PREJUDICE AND WITHDRAWING PRIOR ORDER ON UNSEALING RECORD**<br><br>Civil No. 2:02CV-0106 TS<br><br>Honorable Ted Stewart<br><br>Magistrate Judge David Nuffer |

Pursuant to stipulation and joint motion of the parties, and for good cause, IT IS HEREBY ORDERED THAT this action and any and all claims and counterclaims raised herein are hereby dismissed with prejudice, all parties to bear their own fees and costs.

IT IS FURTHER ORDERED that this Court's previous ORDER ON UNSEALING RECORD entered in this action on March 31, 2006 (Docket Entry No. 555) is hereby WITHDRAWN.

DATED this ____ day of April, 2006.

BY THE COURT:

_____
Honorable Ted Stewart
United States District Judge


APPROVED AS TO FORM:

HOWARD, PHILLIPS & ANDERSON

_____
Gregory D. Phillips
Kevin A. Howard
Attorneys for Plaintiffs


CHAPMAN AND CUTLER LLP

_____
David M. Connors
Jennifer A. Brown
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **STIPULATED ORDER DISMISSING ALL CLAIMS WITH PREJUDICE AND WITHDRAWING PRIOR ORDER ON UNSEALING RECORD** was deposited in the United States Mail, postage prepaid on this 4nd day of April, 2006 addressed to:

Gregory D. Phillips
Kevin A. Howard
HOWARD, PHILLIPS & ANDERSEN
560 East 200 South, Suite 300
Salt Lake City, UT 84102

John Schultz
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

John A. Anderson
Justin B. Palmer
STOEL RIVES LLP
201 S. Main St., Ste. 1100
Salt Lake City, UT 84111-4904

*Marilyn Orton*